# Order

Michigan Supreme Court
Lansing, Michigan

April 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161845

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DWIGHT T. SAMUELS,
        Defendant-Appellant.

SC: 161845
COA: 353302
Wayne CC: 19-005162-FC

_____/

On order of the Court, the application for leave to appeal the July 9, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. Among the issues to be considered, the Court of Appeals shall address: (1) whether a trial court is required to hold an evidentiary hearing on the voluntariness of a guilty plea that is induced in part by an offer of leniency to a relative, see *People v James*, 393 Mich 807 (1975); and if so, (2) how a trial court is to determine whether an offer of leniency to a relative "rendered the defendant's plea involuntary in fact." *Id.*



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2021



Clerk

s0420